UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  20CR1602-JLS |
|---|---|
| Plaintiff, | Hon. Jan L. Sammartino<br>Courtroom 4D |
| v. | |
| REBECCA PONCE, | ORDER TO CONTINUE MOTION HEARING/ TRIAL SETTING |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting in this case be continued from November 13, 2020 until December 18, 2020 at 1:30 p.m. Due to pending motions and in the interests of justice, the time between today and December 18, 2020 is excluded under 18 U.S.C. § 3161.

**SO ORDERED.**

Dated:  November 12, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge